ORIGINAL

UNITED STATES DISTRICT COURT
for the
District of HAWAII
_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 09 2019
at 1 o'clock and 15 min. PM
SUE BEITIA, CLERK  ES
PAID.

Case No. CV19 00549 DKW WRP
(to be filled in by the Clerk's Office)

William David Taggart
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Tina Sue Taggart
and
See Attached
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: William David Taggart
Street Address: 3398 Kahili St | PO Box 19042
City and County: Honolulu | Honolulu
State and Zip Code: HI 96819 | HI 96817
Telephone Number: 808 451 7616
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Tina Sue Taggart
- Job or Title (if known):
- Street Address: 107 S. South Park Road  P Box 47
- City and County: Fort Laramie ~~WP~~ GOSHEN
- State and Zip Code: WYOMING 82212
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: KORY FLEENOR
- Job or Title (if known): SHERIFF
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Trooper Stroud
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: DEEN WESLEY 6573
- Job or Title (if known): 5/4/2019
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Amendment 1, Amendment 2, Amendment 4, Amendment 5, Amendment 6, Amendment 7, Amendment 8

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* William David Taggart, is a citizen of the State of *(name)* Hawaii.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* Tina S Taggart, is a citizen of the State of *(name)* WYOMING. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation **SEE Attached defendant list**
The defendant, *(name)* **VARIOUS**, is incorporated under the laws of the State of *(name)* **VARIOUS**, and has its principal place of business in the State of *(name)* **VARIOUS**.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* **VARIOUS**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: **Loss, damages, fees, expenses, pain, suffering & Restitution are considered innumerable and irreplaceable and priceless, beyond monetary value of $75,000**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Defendants conspired to extort, inflict tortious interference, malicious compliance, negligence, malice, denial delay & disruption of benefits, false and wrongfull imprisonment, false & wrongfully involuntary commitment, rape, wrongfull impairment, poisoned me, beat me and tortured me. My ex-wife Tina Taggart drugged me and allowed someone to rape me in our home, then had me arrested where I was beat, raped and tortured. The defendants either are co-conspirators or culpable in their efforts to deny redress guaranteed by the Constitution Amend I. See Complaints**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Full restitution of all loss, damages, fees & expenses to include, but not limited to relocation, rehabilitation, recuperation, education, transportation, housing, meals, medical expens. etc. Goshen County Detention Center Shut Down and all responsible personell prosecuted to fullest extent of law. Closure & Compensation of all victims**

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8 OCT 2019

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: William David Taggart

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address