#2
Tina Sue Taggart
107 S. Park Road
PO Box 47
Fort Laramie WY 82212

#3 Michael Bailey
President Casper Fire Extinguisher Service
435 N McKinley St
Casper WY 82601
307-237-8438

#4 Rick Scott
Investigator Goshen County Sheriff's Dept

App A page 1 of 11

Defendant No 5
 Douglas Patrick   9843   5/7/2019
 Goshen County Sherriff Depart

Defendant No 6
 Shannon Howshar
 Assit to Bar Counsel
 307-432-2104
 showshar@wyobc.org

Defendant No 7
 Mark W Gifford
 Bar Counsel W/o State Bar
 17 June 19  /307-432-2106
 mgifford@wyobc.org

Defendant No 8
 David S. MacDonald   No BPR 2019-066
 Attorney #7-5789, Po Box 1116, Torrington WY 82240

Defendant No 9
 Public Defenders Office
 442 E Center St         DOES
 Douglas WY 82633

Defendant No 10  Sherriff Kory Fleenor
 Goshen County Sheriffs Office
 2120 East B Street          DOES
 Torrington WY 82240     NOT wearing
     307-532-4026      name tags

Defendant No 11
 LT Deen       Page 1   19-162
 Goshen County Sheriffs Office

App A page 2 of 11

Defendant No 12
    Fort Laramie EMS         Does

Defendant No 13
    Torrington Dispatch      Does

Defendant No 14
    Deputy Kuhns
    Goshen County Sheriffs office

Defendant No 15
    Banner Health Torrington Wyoming
    Emergency Room staff custody off all Does
    medications

Defendant No 16
    Goshen County Detention Center
    Staff, employees & contractors or    Does
    personnel during my illegal incarceration.

Defendant No 17
State of Wyoming county of Goshen
District Court 8th Judicial District    Does
CV-2019-7-DC  Filed  15 JAN 2019

Defendant No 18
State of Wyoming County of Goshen 8th Judicial
Circuit Court PO Box 980 Torrington WY 82240
307-532-2938   CR 2019-0082            Does
           2-MAY 2019
2125 E A street, Floor 3R Torrington WY
                                        82240

3

App A page 3 of 11

Defendant No 19
 Wyoming Highway Patrol officer Fisk
 Wheatland WY Day filed for divorce JAN 2019
Defendant No 20
Wyoming Division of Criminal Investigation   Does

Defendant No 21
Torrington Wyoming Police Department  DOES
    OFFICER WHO ENTERED CELL 150 B
Defendant No 22
 Attorney Ryan L Wright  # 7-4693
   CR 2019-0082  8 MAY 2019, 7th MAY

Defendant No 23
  State of Wyoming   DOES

Defendant N 24
Wyoming State Hospital Criminal Justice Service
    Present at Hearings              Does
Defendant No 25
 Randal R Arp
Circuit Court Judge  8 MAY 2019, 2 MAY 2019

Defendant No 26
 Eric R. Boyer    # 6-2815
 Goshen County Attorney
   CM 2019-56-DC    15 MAY 2019
  2125 E A street Torrington WY 82240  307 532 4223
Defendant No 27
 Peak Wellness Center   DOES
   307- 532 4091    5/10/19  09:15 Am

Defendant No 28
Rene WOOD LCSW WY #4061
5/11/19 examiner  307-532-4091
CM-2019-56-DC

Defendant No 29
Patrick W Korell
District Court Judge  20 MAY 2019, 23 SEP 2017
CM 2019-56-DC
CV 2019-7-DC

Defendant No 30
Treating medical proffessionals
at Goshen County Detention Center
MEDICAL EXAMINER & STAFF      DOES

Defendant No 31
WYOMING STATE Hospital Evanston WY
                           DOES

Defendant No 32
WYOMING Behavioral Institute
 Casper WY DOES Employees, staff, Medical praditines
NIGHT STAFF Treating Dr. NURSE & PSYchiatrists

Defendant No 33
Jonathan W. Foreman
Senior Ass Public Defender State WY
1 Jul 19    307 358 9821

Defendant No 34
Director Federal Bureau Prisons  Does
320 First St NW
Washington DC  20534
Reciptof Letter June 202-307-3198   App A page 5 of 11

Defendant #35
FBI Special Agent "Steve" Caspar WY
14 JUNE 2019 in the presence of my mother
Kathie Fletcher

Defendant #36
Doug Kubik
Senior Investigator DCF State of WY
915 Werner Ct Suite 205, Casper WY
douglas.kubik@wyo.gov
307 261 2194
307 266 5733

Defendant #37
David Miller   C731
Deputy Sheriff   6 MAY 2019
DR 2019-0003

Defendant #38
Tiffany Blackburn
Legal Assistant
Office of the Wyoming State Public Defender
442 Center St Douglas WY 82633
307 358 9821   307 358 6122
224 E 20th Torrington WY 82240
307 532 6857, 307 532 68??

Defendant #39
Connie J Schepp
Board Investigator
Wyoming Board of Medicine
26 JUN 2019 Complaint #1092 Jeffry Cec?/M.D.

App A page 6 of 11

# 40
WYOMING Board of Medicine
130 Hobbs Ave Suit A
Cheyenne WY 82002          DOES

# 41
Circuit Court 8th Judicial
District State of Wyoming
Docket # CR 2019-0082  DOES
27 AUG 19
Po Box 980 Torrington WY 82240

# 42
Nathaniel S. Hibben
Circuit Court Judge
7th May, 20 Aug 2019, 27 Aug 2019

# 43
Jonathan W Foreman
Senior Assistant Public Defender

# 43
Jeremiah N.R Sandburg
Deputy County &Prosecuting Attorney

# 44
Amanda Palomo
Paralegal
Po Box 1116 Torrington WY 82240
308 641 0041

#45
Office of the Attorney General
Criminal Division
Kendrick Building
2320 Capitol Ave            DOES
Cheyenne WY 82002
307-777-7977
307 777 5034

#46
Jenny L. Craig
Deputy Attorney General
24 Jul 2019  RE: 11 MAY 2019 CJR

#47
Brandi Robinson
Wyoming STATE BAR
PO BOX 109
Cheyenne WY 82003

#48
Mathew Ringle   C725
Goshen County Deputy
DR 2019-0063  6 MAY 2019
1 MAY - 15 MAY

#49
Roberto Calderon  C723
Deputy Sheriff Goshen County
2 MAY 2019  408am

App A
Page 8 of 11

#50 Caroline B Fleming
Veterans Law Judge
Board of Veterans Appeals
1 AUG 2019  Docket No 18-46 527
PO Box 27063
Washington DC 20038

#51
S. Hatten-Robinson
Military Pay Technician
Retired and Annuitant Pay
#44137776   25 July 2019
DFAS U.S. Military Retired Pay
8899 E 56th ST
INDIANAPOLIS IN 46249-1200

#52
Department of Veterans Affairs
Evidence Intake Center         DOES
PO Box 4444
Janesville WI 53547-4444

#53
Regional Office Director
317/DROC/VSRS/ADW         Does
25 JUL 2019

App A Page 9

#54 WYOMING STATE Veterans Service Officers DOES
VSO's for Case 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

#55 UTAH State Veterans Service Officers DOES
VSO's for Case 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

#56 Nebraska Scottsbluff County Veterans Service officers Does

#57 John Brehm
VSO Scottsbluff County NE

#58 Cynthia Swan
VA Regional Salt Lake City UT

#59 Disabled American Veterans Service Officers
Claim 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

#60 TJ Meehum
1618 East M St   WYOMING Voc Rehab Counselor
Torrington WY 82240   Torrington WY 82240
307-532-4431

#61 Rocky Mountain Disability law Group
Denver Colorado

#62 Loraine Booth Tine Sister
Casper WY

#63 DOES ON DATA DISK
PROVIDED TO RICK SCOTT, DCI &
CV-2019-7-DC Patrick Korell & Defendant #64

APPA Page 10 of 11

#64 Mervin Mecklenburg
PO Box 56
YODER WY
82244

AppA page 11 of 11