# United States District Court

# District of Wyoming

William David Taggart
Po Box 19042
Honolulu HI 96817

*Plaintiff(s)*

(In the space above enter the full name(s) of the plaintiff(s).If you cannot fit the names of all of the plaintiffs in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names),

App B
App B

v. (-against-)

Goshen County WY
Goshen County Sheriffs Department
Goshen County Detention Center
TINA S. TAGGART

*Defendant(s)*

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

Case No. _____
(To be filled out by Clerk's Office only)

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

App B

*Pro Se* Civil Rights Complaint                                          page 1 of 13

> ### NOTICE
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
> **Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

### COMPLAINT

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

- [x] *42 U.S.C. § 1983 (state, county, or municipal defendants)*

- [ ] *Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)*

### PLAINTIFF INFORMATION

TAGGART WILLIAM DAVID
Name (Last, First, MI)                             Aliases

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                             DOB 2 JUN 1920
Prisoner ID #

1 MAY – 15 MAY 2019
Place of Detention

Goshen County Detention Center Torrington WY

APP B

*Pro Se* Civil Rights Complaint                                        page 2 of 13

Institutional Address

GOSHEN, Torrington WY 82240
County, City     State     Zip Code

## PRISONER STATUS

Indicate whether you are a prisoner or other confined person as follows:
- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## DEFENDANT(S) INFORMATION

Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper using the same format for any additional defendants.

Defendant 1: **Kory Fleenor**
Name (Last, First)

**Sheriff Goshen County WY**
Current Job Title

**2120 E B St Torrington WY**
Current Work Address

**Goshen Torrington WY 82240**
County, City     State     Zip Code

Defendant 2: **Scott, Rick**
Name (Last, First)

*Pro Se* Civil Rights Complaint     page 3 of 13     App B

Police investigator
Current Job Title

2120 E B ST
Current Work Address

Torrington                WY          82240
County, City            State        Zip Code

Defendant 3: Korell Patrick
Name (Last, First)

Judge
Current Job Title

2125 E A st
Current Work Address

Goshen Torrington        WY          82240
County, City            State        Zip Code

Defendant 4: Randall Arp
Name (Last, First)

Retired Judge
Current Job Title

2125 E A ST
Current Work Address

Goshen County Torrington WY 82240
County, City            State        Zip Code

Defendant 5: OFFICE State Public Defender David MacDonald 221 E 20th St Ave Torrington WY 82240

**STATEMENT OF CLAIM ONE**

Place(s) of occurrence: Goshen County Detention Center torrington WY
Wyoming Behavioral Institute Casper WY

Date(s) of occurrence: 30 MAY – 12 JUN 2018

State which of your federal constitutional or federal statutory rights have been violated:

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you

FACTS:

**What happened to you?** Violation of 1st, 2nd, 4th, 5th, 6th, 7th & 8th Amend-

I discovered an account on my ex-wife's phone that she denied was hers. So I provided data to Rick Scott at Goshen County Det Center, Sheriff's office in Torrington WY. He told me the account belongs to Mark Beasley someone in Florida. So I immediately filed for divorce same day. Between Jan-May 2019 my ex-wife Tina trigger/unwillfully implanted me, re-drugged me and allowed someone to rape me in our home 1075 Park Rd. I believe she did the same thing when we lived in Gering NE. When I emailed & confronted her on 30 APR 2019 she attempted to force her way in home by breaking studio window. She returned on 1 MAY and said that Kory Fleener the sheriff told her to enter by any means necessary which resulted in unlawful arrest, incarceration & hospitalization where I was raped, beat & tortured... ISocd/B

**Who did what?** TINA conspired w sheriff's department & others to rape, torture and most likely kill me, Goshen County Detention Center employees & sheriff's dept

Pro Se Civil Rights Complaint                    page 5 of 13    App B

& Goshen County Public defender & Goshen County medical & Judges & Peak wellness are either co-conspirators or at least culpable in the violation of my civil rights by forceable removing me from my home, inflicting violence and cruel & unusual punishment

Was anyone else involved?

Possible association of individuals
Scottsbluff County sheriffs dept
Veterans Service Officer John Brehm
Names on Disk Provided to Rick Scott
Michael Bailey of Casper WY
Lori Booth Tina's sister
Sheriff Kory Fleenor
Officers Riddle & Miller
Peak Wellness
Wyoming Behavior institute
Pastor Marty Ft Laramie Community Church
Veterans Administration Cynthia Swan
Wyoming Veterans Service officer, Utah Veterans Service off.
TJ Meechan at Torrington Voc Rehab
Goshen County Violence Task Force

Pro Se Civil Rights Complaint     page 6 of 13     App B

## STATEMENT OF CLAIM TWO

Place(s) of occurrence: Goshen County Det Center Torrington WY

Date(s) of occurrence: 1MAY - 15mAY

State which of your federal constitutional or federal statutory rights have been violated:
1st, 2nd, 4th, 5th, 6th, 7th, 8th amendments

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

What happened to you?

I was denied access to water, Book of Mormon, contact Church of Jesus Christ of Latter Day Saints Bishop or Clergy, Denied access to American Red Cross to notify son Joshua Tassart of incarceration. Please see medical records & labs from Goshen County that indicate rape, beating & torture endured in jail. I was given poisoned papers, clothing, food & my cell was filled w/ poisonous gas. Additionally the cell ISo B had a while in, ceiling above toilet ie (Peep hole) Bloodstains, Bullet Penetrations & Concrete Saw Cut exactly matching videos m, ex wife Tina Tassart was watching on our Roku TV in the middle of the night that woke me up.

App B

**Who did what?**

Someone entered my home and raped me w/ my ex-wife's cooperation. Itu Sheriff Depart & Goshen County conspired to incarcerate & hospitalize me in attempt to either kill me or obtain my financial benefits. OFFICER Riddle & Miller raped beat & tortured me & refuse to report bullet holes & blood stains calling them Paint & always there.

**Was anyone else involved?**

Peak Wellness
Veterans Administration
Goshen County Judges & possible tainted jury
Dave MacDonald Public Defender
Goshen County Det Center staff (employees)
INDIVIDUALS ON DATA DISK Provided to Rick Scott & Wyoming Dept of Criminal Investigation.

[Attach additional sheets of paper using the same format for additional claims.]

## ADMINISTRATIVE PROCEDURES

**PLEASE NOTE**: Prisoners **must exhaust** administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.

**Exhaustion of Administrative Remedies as to Claim One**

(a) Is there a grievance procedure at your institution? _unknown_ ☐ Yes ☐ No

(b) Have you filed a grievance about the facts in claim one? ☒ Yes ☐ No
_Called all numbers in 150 5011 B to report incident wh. ie incarcerated_
(If you did not file a grievance, skip to d.)

(c) If your answer is YES: _Told Judge at arraignment I wanted to file complaint_

    1. Was the grievance:  Informal ☐   Formal ☐   Both ☒

    2. What was the result? _I was further Raped, Beat, tortured & then Involuntarily Hospitalized_

    3. Did you appeal? ☒ Yes ☐ No

    4. If you did appeal, what was the result? _W/o State Atty, Bureau of Prison, State Bar, FBI & DCI all don not their jurisdiction_

(d) If your answer is NO, explain why you did not file a grievance: _ACSo wrote letters to US President, VFW, MoAA, FRA_

**Exhaustion of Administrative Remedies as to Claim Two**

(a) Is there a grievance procedure at your institution? _unka_ ☐ Yes ☐ No

(b) Have you filed a grievance about the facts in claim one? ☒ Yes ☐ No
(If you did not file a grievance, skip to d.)

(c) If your answer is YES:

    1. Was the grievance:  Informal ☐   Formal ☐   Both ☒

    2. What was the result? _St No Results st. "" Suffering, loss, damages, expenses_

Pro Se Civil Rights Complaint            page 9 of 13

App B

3. Did you appeal? ☑ Yes ☐ No
4. If you did appeal, what was the result? All agencies deny jurisdiction or assistance

(d) If your answer is NO, explain why you did not file a grievance: _____

[Attach additional sheets of paper using the same format for additional claims.]

### RELIEF

State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Full Restitution for all pain, suffering, losses, damages, fees, expenses

Prosecute individuals responsible to fullest extent of law

Give Closure to all victims of Costen County.

### PRISONER'S LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).

*Pro Se* Civil Rights Complaint     page 10 of 13     App B

*Have you brought any other lawsuits in state or federal court while a prisoner?*  ☐ Yes  ☒ No

*If yes, how many?* _____

Number each different lawsuit below and include the following:

Name of case (including defendants' names), court, and docket number

Nature of claim made

How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

| |
|---|
| N/A |
| |
| |
| |
| |
| |
| |
| |
| |

**PLAINTIFF'S DECLARATION AND WARNING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the

App B

cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the facts in this complaint are true to the best of my knowledge, information and belief. I understand if this certification is not correct, I may be sanctioned by the Court.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Plaintiff must sign and date the complaint and provide prison identification number and prison address.

3 OCT 2019
Dated

Plaintiff's Signature

TAGGART WILLIAM D
Plaintiff's Printed Name (Last, First, MI)

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
Plaintiff's Prison Identification #

2120 E B ST    Torrington    WY    82240
Prison Address         City         State   Zip Code

App B

# CERTIFICATION OF MAILING

I declare under penalty of perjury this Complaint was placed in the institutional mailing system or deposited with prison officials on the ___3 OCT 2019___ (month, day, year). I attest first-class postage has been prepaid.

Executed (signed) on ___3 OCT 2019___. (date)

_____
Signature of plaintiff

William David Taggart
Po Box 19047
Honolulu HI 96817

107 S. Park Rd
(Po Box 47)
Fort Laramie WY
82212

App B