APP C

JS 44 (9/19) Civil Cover Sheet
continuation of section VIII
RELATED CASES

1 AUG 2019   BVA Docket 18-46527   Caroline B Fleming
                                   Veterans Law Judge

2 MAY 2019   DR 2019-0003   Goshen County WY   Randall Arp
8 MAY 2019   CR 2019-0082   Goshen County WY   Randall Arp
27 AUG 2019  CR-2019-0082   Goshen County WY   Nathaniel S Hibben

23 SEP 2019  CV 2019-7-DC   Goshen County WY   Patrick Korell

15 MAY 2019  CM-2019-56-DC  Goshen County WY   Patrick W Korell

31 MAY 2019  CV 2019 56-DC  Goshen County WY   Patrick Korell

AUG 2019     SS# 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         Jeffrey Hatfield
             BNC# 19M1938K61987-A    SSA
                                     Honolulu HI

page 1 of 1