

Cc:OKW/WRP/tt

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

**M E M O**

To: All Federal Bar Members

From: Sue Beitia, Clerk of U.S. District Court, District of Hawaii

Date: October 9, 2019

Subject: Corporate Disclosure Statements

Federal Rule of Civil Procedure 7.1 and Criminal Rule 12.4 both address the filing of Corporate Disclosure Statements.

Both rules state "A party must:

(1) file the Rule 7.1(a) *(or 12.4(a))* statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon a change in the information that the statement requires."

Thank you for your cooperation in this matter.

**FILED IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

**OCT 21 2019**

at 2 o'clock and 07 min. P. M
**SUE BEITIA, CLERK.** LS

---

INITIAL REQUEST WAIVER OF SERVICE
and setting of Scheduling Conference
date on or no later than 17 NOV 2019
at location determined by the court
or agreement of both parties.
19-CV-00549-DKW-WRP

William David Taggart
Plantiff
VS
UnKnown Does etal
See attached App A

United States District
Court District of Hawaii
c/o office of clerk
300 Ala Moana Blvd RmC-338
Honolulu HI 96850
808 541 1300 tel
808 541 1303 fax

I declare under perjury a copy of the complaint,
Scheduling order two copies of the waiver form and of
prepaid means of returning one signed copy of the form
were sent by U.S. MAIL on 18 OCT 19
to: See attached
68-91

William David Taggart
LCDR USN retired
PO Box 17042
Honolulu HI 96817
808 451 7616

---

**NOTICE TO PARTIES**

**REGARDING SERVICE PURSUANT TO RULE 4**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**WAIVER OF SERVICE OF SUMMONS**

Rule 4(d) provides that a plaintiff may request that a defendant waive personal service of the complaint and summons, as required by Fed. R. Civ. P. 4(e)(2), by notifying the defendant that an action has been commenced and requesting that the defendant waive *personal* service of the summons and accept service of the complaint by mail.

To request such a waiver, a plaintiff may send a notice of the commencement of an action, titled "Notice of a Lawsuit and Request to Waive Service of a Summons" (AO398 form), a "Waiver of the Service of Summons" (AO399 form), and a copy of the endorsed complaint to the defendant by first class or certified mail. The plaintiff must also provide a prepaid means for the defendant to return the waiver form.

**EFFECT OF WAIVER OF SERVICE OF SUMMONS**

When the defendant timely signs the waiver of service of summons and it is filed with the court, the action proceeds as if service of the summons and complaint had been personally made, rather than by mail. By agreeing to waive service of the summons, the defendant is allowed sixty [60] days to file an answer to the complaint, as calculated from the date the notice and request for waiver of service was sent, rather than the twenty [20] days allowed after personal service is effected. *See* Fed. R. Civ. P. 4(d)(3) and Rule 12(a)(1)(B). The **defendant does not waive any objection to venue or jurisdiction of the court over the person by agreeing to waive service of the summons.**

If a waiver is not timely returned, or a defendant refuses to waive service, plaintiff is required to serve the summons and complaint as specified in Fed. R. Civ. P. 4(c) and 4(e). A defendant who fails to waive service of summons after a proper request has been made will be assessed the costs incurred to effect personal service on that defendant. *See* Fed. R. Civ. P. 4(d)(2).

Copies of the "Notice of a Lawsuit and Request to Waive Service of a Summons" (AO398), and the "Waiver of the Service of Summons" (AO399), are available from the Clerk of the United States District Court for the District of Hawaii and on the court's website: http://www.hid.uscourts.gov.

**Received By Mail**
Date 10/21/19
LS

---

19-CV-00549-DKW-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 21, 2019
At 2 o'clock and 07 min PM
ES

[✔] ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ] ORDER SETTING STATUS CONFERENCE

for Monday, December 09, 2019 at 9:00 a.m. before:

[ ] Magistrate Judge Rom Trader in Courtroom 5

[✔] Magistrate Judge Wes Reber Porter in Chambers

[ ] Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Wednesday, October 09, 2019.

/s/ J. Michael Seabright
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date ___/___/19  Signature _____
Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.**



**b.** If the defendant is a corporation _SEE Attached defendant list_

The defendant, (name) _VARIOUS_, is incorporated under

the laws of the State of (name) _VARIOUS_, and has its

principal place of business in the State of (name) _VARIOUS_

Or is incorporated under the laws of (foreign nation) _VARIOUS_,

and has its principal place of business in _VARIOUS_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**3.** The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): _Loss, damages, fees, expenses, pain, suffering & restitution are considered innumerable and irreplaceable and priceless beyond monetary value P.O.P. $75,008_

**III.** Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Defendants conspired to extort, inflict tortious interference, malicious compliance, negligence, malice, denial, delay & disruption of benefits, false and wrongful imprisonment, false & involuntary commitment, rape, wrongful impairment. Poisoned me, beat me and tortured me. My wife Tina Taggart & I are all abused, harmed to agree to an agree to pay me, free, heal me expressed where I was beat, raped and tortured. These defendants are either one or conspired or culpable in their efforts to deny redress guaranteed by the Constitution Amend I. See Complaints_

**IV.** Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Include any legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Full restitution of all loss, damages, fees, expenses to include but not limited to relocation, rehabilitation, recuperation, education, transportation housing, meals, medical expenses, etc. of all Gosher County Detention Center situs, past and all responsible persons & parties prosecuted to fullest extent of law_

_Closure & Compensation of all victims_

---

# UNITED STATES DISTRICT COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2019

at ___ o'clock and _15_ min, _P_
SUE BEITIA, CLERK
P.M.O.

for the

District of _HAWAII_

_____ Division

Case No. **CV19   00549DKWW**
*(to be filled in by the Clerk's Office)*

_William David Taggart_

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Plaintiff(s)

Jury Trial: *(check one)* ☒ Yes ☐ No

-against-

_Tina Sue Taggart
and
See Attached_

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

**I.** The Parties to This Complaint

**A.** The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: _William David Taggart_
Street Address: _3398 Kahili St_  |  _PO Box 19042_
City and County: _Honolulu_  |  _Honolulu_
State and Zip Code: _HI 96819_  |  _HI 96817_
Telephone Number: _808 451 7616_
E-mail Address:

**B.** The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

---

**V.** Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8 OCT 2019_

Signature of Plaintiff _William Taggart_

Printed Name of Plaintiff _William David Taggart_

**B.** For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

---

**II.** Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question or cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.** If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. _Amendment I, Amendment 2, Amendment 4, Amendment 5, Amendment 6, Amendment 7, Amendment 8_

**B.** If the Basis for Jurisdiction Is Diversity of Citizenship

**1.** The Plaintiff(s)

**a.** If the plaintiff is an individual

The plaintiff, (name) _William David Taggart_, is a citizen of the State of (name) _Hawaii_.

**b.** If the plaintiff is a corporation

The plaintiff, (name) _____, is incorporated

under the laws of the State of (name) _____

and has its principal place of business in the State of (name) _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**2.** The Defendant(s)

**a.** If the defendant is an individual

The defendant, (name) _Tina S Taggart_, is a citizen of

the State of (name) _WYOMING_. Or is citizen of

(foreign nation)

#### Panel (top right) — Page 1 of 15
APP A 19-07-044-NN-NWP   Begin 11:08AM
Addendum to Appendix A   12:06:19

#2 Tim Sue Taggart
PO Box 47
Fort Laramie WY 82212

#3 Michael Bailey
[address illegible]
Casper WY 82604

#4 Rick Scott
[address illegible]
Cheyenne WY 82003

#5 Douglas [illegible]
Casper WY 82604

#6 Shawna [illegible]

#7 Mark [illegible]
PO Box 104 Cheyenne WY 82003

#### Panel (row 2, right) — Page 2 of 15
#27 [illegible]
501 Albany Ave
Torrington WY 82240

#28 [illegible]
501 Albany Ave
Torrington WY 82240

#29 [illegible]
Cheyenne WY 82240

#30 [illegible]

#31 [illegible]
Wyoming State Parole
Douglas WY 82633

#32 [illegible]
Douglas WY 82633

#### Panel (row 3, right) — Page 3 of 15
#15 [illegible]

#16 [illegible]
Torrington WY 82240

#17 [illegible]
Torrington WY 82240

#18 Michael [illegible]

#19 [illegible]

#20 [illegible]
2005 College Drive
[illegible]

#### Panel (row 4, right) — Page 4 of 15
#21 [illegible]

#22 Mark [illegible]
Cheyenne WY 82001

#23 [illegible]
Cheyenne WY 82001

#24 [illegible]

#25 Randall Roger
PO Box 141
Torrington WY 82240

#26 Eric R [illegible]
Torrington WY 82240

#### Panel (top left) — Page 5 of 15
#33 Dixon R Lazare & [illegible]
PO Box [illegible]
[illegible]

#40 Michael S [illegible]
PO Box 482 Douglas WY 82240

#41 [illegible]

#42 [illegible]
Cheyenne WY 82003

#44 [illegible]
Wheatland WY

#45 Ronald Robinson
PO Box 641 Cheyenne WY 82003

#46 Michael Riddle
[illegible]
Casper WY 82604

#47 Roberto [illegible]

#48 [illegible]

#49 [illegible]
[illegible]
Indianapolis IN 46204-1500

#### Panel (row 2, left) — Page 6 of 15
#35 [illegible]

#37 [illegible]
Casper WY 82604

#38 [illegible]
Cheyenne WY 82002

#31 "Steve" [illegible]
Casper WY 82604

#33 Kathleen Mark Savage
320 East 5th St
Casper WY 82601

#### Panel (row 3, left) — Page 7 of 15
[entries illegible]
#55 Randall Roger
PO Box 141 Torrington WY 82240

#56 Eric R [illegible]
Torrington WY 82240

#### Panel (row 4, left) — Page 8 of 15
[entries illegible]
#1 David L [illegible]
PO Box 104 Cheyenne WY 82003

a5 Bernice Correa
a5 Denise Hill
a5 Candace Redman
a7 William Newman
a8 Paul Richman
a8 Jesse Baker
a10 Michael Green
a21 Brad Winiford
a15 Mark Zoner
a17 Tyler Winiford
a15 Valerie Matthews
a16 Jerry Newman
a17 Pat Jones
a18 Nathan Greer
a19 Michael Gregory
a21 Marsha Shackelford
a22 Gary Childs
a23 Sandra Duncan
a25 Chris Rogers
a26 Lucinda Broadus
a27 Chad Kenyon

---

#64 Donald Trump
1600 Pennsylvania Ave NW
Oval Office
1600 Pennsylvania Ave NW
Washington DC 20500

---

LIST OF #63

8 John Ellis
b
c Daniel Welker
c Scott Atwood
d Michael Warshell
1 Ted Ennis
2 Cindy Kenyon
3 Hugo Martinez
4 Bonita Christensen
4 Leticia Dominguez
3 Marisa K.
c Trish Young
c Alfred O.
5 Julie Williams
6 Sally Kroneke
7 Chris Green
8 Margaret Lewis
v Zachary Rodriguez
x Michelle Hill
y Emily Miller
z Glenn Miller
a1 Amanda Ash
a5 Chaney Shepard

---

#65 William Drake et al
a Matthew Simpson
b
b Scott Miller
b Sara Gholson
c Randall Sherman
d
b Shawna Peterson
10 Diego Rodriguez
11 Diego Rodriguez Jr.
b Marsha Shepard
b Jan Stover
b Wes Bobbs
b Marsha Mann
b
b
b
b
b
b
#6.5 William Drake et al
Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

---

#60 Lorraine "Lori" Roth
Tina Swensen
c Box 56
Pocatello ID 83221-1H

#62 Mark "Marty" Rasband
Maria Petchenik a Raskind-Huang
2455 Russell Dr Richmond
to 21132527  WY 82072

#63 Catherine Crowley, NP
PO Box, Via Trough-WY 8722.60

3191 La Salle Ave # Franco-UT82212
Wilson's Store box # 2123 Casper 00.00 al
Casper WY 82620

---

#58 Lamarie "Lori" Roth
c Box 56
Pocatello WY 82.12.44

#59 Jacob Drake "Jake" et al
Shawn DCP Children's Pro Bono IK Keel
Attorney General's Office, Division Marlborough
Attn: Sean Reyes, Attorney General
Capitol Complex-160-Wildlife-UT82215
Salt Lake City UT 84114-0815

---

#50 David Wilson
P.O. Box 18
Black Mesa
Dept of Public Works PSC
Dept Pt Workshop-FC
Dept of Public Works FC
84114 State Office Bldg
Salt Lake City UT 84114

#52 Chris Shippy
SOS Publication Main-SOS
Salt Lake City
801 374 2272

#53 USPS Chuck Shippy
Shippy Target Store-SWOH
Chicago IL 82669

#55 John Barton
1825 NW 3rd Drive
Wynnewood PA 19096

#56 USPS Chuck Shippy Target Store Warehouse
NW Wholesale
307-532-4231

#55 Rep Sean Duffy Kirk
Franklin County Clerk
800 Main Street
Washington DC 20021

#57 TJ Marchese
Van Andel Research
1035 E Michigan St
Traverse City MI 49890

#58 Mark & Nancy Joseph
Gene Hackman & Betsy Arakawa Family Trust
2005 E Camino Bendito Santa Fe NM 84909
Dante O
870220

# UNITED STATES DISTRICT COURT
for the

William David Taggart )
_Plaintiff_ )
v. )
Unknown Does et al see attached ) Civil Action No. 19CV-00549-DKW-WRP
_Defendant_ AppA )

## WAIVER OF THE SERVICE OF SUMMONS

To: William David Taggart
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____          _____
                                                                    _Signature of the attorney or unrepresented party_

_____          _____
_Printed name of party waiving service of summons_                    _Printed name_

                                                                    _____
                                                                    _Address_

                                                                    _____
                                                                    _E-mail address_

                                                                    _____
                                                                    _Telephone number_

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT

for the

_____ District of Hawaii

| | |
|---|---|
| William David Taggart | ) |
| Plaintiff | ) |
| v. | ) |
| Unknown Does et al see attached | ) Civil Action No. 19-CV-00549-DKW-WRP |
| Defendant    App A | ) |
| | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: _____

 *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

 A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

 This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _31_ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

 If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

 If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

 Please read the enclosed statement about the duty to avoid unnecessary expenses.

 I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

William David Taggart
*Printed name*

Po Box 19042
Honolulu HI 96817
*Address*

*E-mail address*

808 451 7616
*Telephone number*

# UNITED STATES DISTRICT COURT

## for the

William David Taggart )
_____ )
*Plaintiff* )
v. )
Unknown Does et al *see attached* ) Civil Action No. 19 CV-00549-DKW-WRP
_____ )
*Defendant* APPA )

## WAIVER OF THE SERVICE OF SUMMONS

To: William David Taggart
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____      _____
       *Signature of the attorney or unrepresented party*

_____      _____
*Printed name of party waiving service of summons*      *Printed name*

     _____
       *Address*

     _____
       *E-mail address*

     _____
       *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT

for the

_____ District of Hawaii

William David Taggart )
_____ )
Plaintiff )
v. )  Civil Action No. 19-CV-00549-DKW-WRP
Unknown Does et al see attached )
_____ )
Defendant )
App A

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: _____
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _31_ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

William David Taggart
_____
*Printed name*

Po Box 19042
_____
*Address*

Honolulu HI 96817
_____
*E-mail address*

808 451 7616
_____
*Telephone number*

19-CV-00549-DKW-WRP

Addendum to Appendix A

addition of defendant

#67 Unknown Does et al.
U.S. Department of the Treasury,
Bureau of the Fiscal Service
PO Box 1686
Birmingham AL 35201-1686

#68 Solutions for Life
1811 MEDOLA Ave
DougLAs WY 82633
307 358 9846

#68 Solutions for Life    JUNE 2019
   1891 MEDORA AVE
   DOUGLAS WY 82633
      307-358 2846


#69   Marilyn Hashisaka  Med LM#C
         VA Regional Office Hawaii 8/7/19
7SEP/iapm  PO BOX 29020          459/28
6SEP       Honolulu HI 96820      5234/00
19OCT
   459 Patterson Road (28) Honolulu HI 96819  808 433 0881
   ~~#6~~ marilyn.hashisaka@va.gov


#70   Andrew Hervieux
      VA Regional Office Hawaii
      PO Box 29020
       Honolulu HI 96820
   459 Patterson Road Honolulu HI 96819


#71   Jonathan Hoomanawanui @va.gov
12Aug19   VFW PAO
18OCT19   VA Regional Office Hawaii
          PO Box 29020
          Honolulu HI 96820


#72   VA Regional Office
      UNKNOWN DOCS
       PO Box 29020
       Honolulu HI 96820

#68 Solutions for Life     JUNE 2019
        1891 MEDORA AVE
        DOUGLAS WY 82633
            307-358 2846


#69    Marilyn Hashisaka Med LM#C
        VA Regional Office Hawaii 8/7/19
7SEP 1:00pm  PO BOX 29020          459/28
6SEP         Honolulu HI  96820      5234/00
18OCT  459 Paterson Road (28) Honolulu HI 96819  808 433 0881
~~#76~~ marilyn.hashisaka@va.gov


#70    Andrew Hervieux
        VA Regional Office Hawaii
        PO Box 29020
        Honolulu HI  96820
459 Paterson Road Honolulu HI  96819


#71    Jonathan Hoomanawanui @va.gov
12Aug 19  VFW PAO
18OCT 19  VA Regional Office Hawaii
        PO BOX 29020
        Honolulu HI  96820


#72    VA Regional Office
        UNKNown DOCS
        PO Box  29020
        Honolulu HI  96820

#73    Cory Pearson
       VSO UTAH    PoBox 58140 SLC, UT 84158
       550 Foothill dr Suite 105
       SLC, UT    84113
           gharter@utah.gov

#74        D. SVIRSKY
           Veteran Service Center Manager
23MAR13    210 Franklin RD SW
           Roanoke VA 24001

#75    "Kellie" DAV 800 827 1000
           402 420 4025
           402 423 0728
           801 326 2378
           308 43: 6643
           308 436 6734

#76    Lori VOSIKA
       lori.vosika@va.gov
        7 JUN 17  3:27 pm
       VA Hotsprings SD

#77    VF. Regional Director RO
       DAV
       9 JUN 2017  341/2121/LWKS99

#78        RoDirector 12JUN 341/SH
             DAV
             DAV SLC 84158-1960
             DAV2.VBASLC@VA.GOV
                Po Box 58140 SLC UT 84158

#79        Ellen R GORE
             VA    Po Box 58140 SLC UT 84158
             SLC, UT
             DAV2.VBASLC@VA.GOV

#80        Andrew M Ferguson
             Lincoln VA Regional office
             3800 Village Dr
             Lincoln NE 68501-5816
             Po Box 85816
               402-420 4025
               402 423 6728
             Cawnebraske@va.gov

#81        Rodney Elliott RN
             500 N Fifth st Hot Springs SD
                          57747
             605 890 3302
             rodney.elliott@va.gov

#82        VA Debt Management Center 13 mAY 2018
"Jessica"    Bishop Henry Whipple Fed Bldg
14 JuN19     Po Box 11930
             St PAUL MN 55 111 -0930
             DMC.ops@va.gov
               612 920 5782   612 713 6417

#83    Evidence INTAKE Center 27 APR 18 LTR
       Po Box 4444
       Janesville WI 53547-4444

#84    DAV
       210 Franklin RD SW
       Roanoke VA 24011

#85    VA 6 Nov 17
       Po Box 5235
       Janesville WI 53547

#86    Beth Murphy
       (083) DAV
       PMR/314
       Po Box 8890
       VB, VA 23450

#87    320 TEAM 2 JS 25 Jul 18
       UTAH STATE VSO

#88    NHAT HUGHEY 30 NOV 09
       SAN DIEGO NAVAL Hospital

#89    DOD MANPOWER Center clr# 1000464827-70
       400 Gigling Rd      3 MAR 15
       Seaside CA 93955-6771

#90   DAV   NSO   30 MAY 2018
              402  423  6728
              801   326  2378

#91   NoN-VA CARE Coordination
        SPARK M Matsunaga
        VA Medical Center
        459 Patterson Rd
        Honolulu HI  96819-1522
1 RT  9AuL19  459/CITC/4# Auth# 0008671343