UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM DAVID TAGGART,<br><br>Plaintiff,<br><br>vs.<br><br>TINA SUE TAGGART, ET AL.,<br><br>Defendants. | CIV. NO. 19-00549 DKW-WRP<br><br>FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE |

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE[1]

On January 8, 2020, the Court issued a Deficiency Notice and Order Regarding Service of Defendants. See ECF No. 18. In that order, the Court gave notice to Plaintiff that he must serve his Complaint on Defendants no later than February 7, 2020, and that failure to do so may result in dismissal of this action for failure to prosecute or otherwise follow a court order. See id. (citing Fed. R. Civ. P. 41(b), 4(m); In re Sheehan, 253 F.3d 507, 513 (9th Cir. 2001)).

Plaintiff has not filed a return of service indicating that he effected

---

[1] Within fourteen days after a party is served with the Findings and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections in the United States District Court. A party must file any objections within the fourteen-day period to preserve appellate review of the Findings and Recommendation.

service. Based on the docket, Plaintiff has not effected service of the Complaint or Summons as required under Rule 4 of the Federal Rules of Civil Procedure. Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

        IT IS SO FOUND AND RECOMMENDED.

        DATED HONOLULU, HAWAII, FEBRUARY 20, 2020.



        Wes Reber Porter
        United States Magistrate Judge

---

**Taggart v. Taggart et al., CIV. NO. 19-00549 DKW-WRP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**