IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM DAVID TAGGART, | ) | CV 19-00549 DKW-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| TINA SUE TAGGART, et al., | ) | RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 20, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action Without Prejudice", ECF No. 22, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 11, 2020 at Honolulu, Hawai'i.



 /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge